| 579P13 | State v. Melissa Moody Goodwin | Def's PDR Under N.C.G.S. § 7A-31 (COA13-569) | Denied |
|---|---|---|---|
| 580P13 | In the Matter of: A.N.V. and O.N.V. | Respondent Mother's PDR Under N.C.G.S. § 7A-31 (COA13-572) | Denied |
| 584P13 | Department of Transportation v. Ray F. Webster and wife, Dorothy Walton Webster | Defs' PDR Under Under N.C.G.S. § 7A-31 (COA12-1546) | Denied |
| 586P13 | Jason McNeill Raynor v. N.C. Department of Crime Control and Public Safety | Plt's Petition for *Writ of Certiorari* to Review Decision of COA (COA13-197) | Denied |
| 587P13 | The Estate of Gary Vaughn, Tammy Vaughn, Administratrix v. Pike Electric, LLC, Pike Electric, Inc., and Kenneth Shalako Penland | Def's (Penland) PDR Under N.C.G.S. § 7A-31 (COA13-448) | Denied |
| 588P13 | In the Matter of: L.G., R.G. | Respondent-Father's PDR Under N.C.G.S. § 7A-31 (COA13-875) | Denied |
| 589P13 | State v. Jeremiah Royster | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of the COA (COAP13-957) | Dismissed |
| 607P06-2 | State v. Javier Morales Gonzalez | Def's *Pro Se* Motion for PDR (COA06-4) | Denied |